IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

V. CAUSE NO. 1:23-mj-00003-DAS

PHILLIP MILLER

## NOTICE OF ATTORNEY APPEARANCE

Merrill K. Nordstrom, Assistant Federal Public Defender, hereby enters her appearance as counsel for the Defendant, Phillip Miller, in the above-styled and numbered cause.

Respectfully submitted, this the 8th day of February, 2023.

*/s/ Merrill K. Nordstrom*

MERRILL K. NORDSTROM, MSB# 100815
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 236-2889
Fax: (662) 234-0428
merrill_nordstrom@fd.org

## CERTIFICATE OF SERVICE

I, Merrill K. Nordstrom, attorney for the Defendant, Phillip Miller, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated this the 8th day of February, 2023.

*/s/ Merrill K. Nordstrom*

MERRILL K. NORDSTROM
Assistant Federal Public Defender